IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| CLYDE W. STUART, TDCJ No. 207840, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION H-05-2474 |
| GARY JOHNSON, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

For the reasons stated in this Court's Memorandum on Dismissal entered this date, this action is DISMISSED.

SIGNED at Houston, Texas, on this 27th day of July, 2005.

_____
DAVID HITTNER
United States District Judge